Case 4:97-cr-00207-YK Document 606 Filed 04/27/16 Page 1 of 1

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

    Middle     District of   Pennsylvania  

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No:   4:CR-97-207-02 |
| Brian Barner | ) |
| | ) USM No:   08505-067 |
| Date of Original Judgment:   12/21/1998 | ) |
| Date of Previous Amended Judgment:   12/17/2008 | ) Pro se |
| *(Use Date of Last Amended Judgment if Any)* |   *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    378    months **is reduced to**    305 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   12/21/1998   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   4/27/16

                                                      *Judge's signature*

Effective Date: _____            Yvette Kane, United States District Judge
    *(if different from order date)*                           *Printed name and title*